UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:05CR26

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANTHONY QUINN EDGERTON | ) |
| and | ) |
| APRIL DENISE EDGERTON | ) |
|     WILKERSON | ) |

Defendants.

**DISMISSAL OF $2,000**

**FROM PRELIMINARY ORDER OF FORFEITURE**

Upon the United States' Motion for Dismissal of $2,000 from Preliminary Order of Forfeiture, the Court hereby dismisses the asset of $2,000 from the Preliminary Order of Forfeiture of August 29, 2005. (Document 24).

Signed: January 24, 2006

Lacy H. Thornburg
United States District Judge