**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**DOCKET NO. 1:05CR26**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **v.** | ) | **OF FORFEITURE** |
| | ) | |
| **ANTHONY QUINN EDGERTON** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **APRIL DENISE EDGERTON** | ) | |
| **WILKERSON** | ) | |
| | | |
| **Defendants.** | | |

    **THIS MATTER** is before the Court on the Government's motion for a final order of forfeiture.

    On August 29, 2005, this Court entered a Preliminary Order of Forfeiture of the properties listed below[1] pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the pleas of guilty of Anthony Quinn Edgerton and April Denise Edgerton Wilkerson to the single count in the Bill of Indictment, a violation of 21 U.S.C. § 846, conspiracy to possess with intent to distribute cocaine base.

    On March 31, April 7, and April 14, 2006, the United States published in the *Daily Courier*, a newspaper of general circulation in Forest City, North Carolina, notice of this

---

[1] The property identified as $2,000.00 in U.S. Currency was also listed in the Preliminary Order of Forfeiture. However, this property was dismissed on the Government's motion by Order filed January 25, 2006.

forfeiture and of the intent of the Government to dispose of the forfeited properties according to law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the properties.  It appears from the record that there remain no such petitions.[2]

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is hereby **CONFIRMED AS FINAL**, and all right, title, and interest in **the following properties**, whether real, personal, or mixed, is hereby **FORFEITED** to the United States for disposition according to law:

–     **a 1994 BMW automobile VIN # WBACB4326RFM00745,**

–     **real property located at 339 Maple Creek Road, Rutherfordton, North Carolina, as recorded in the Rutherford County, North Carolina, Registry of Deeds Office in Deed Book 831, Page 784.**

Signed: November 20, 2007

Lacy H. Thornburg
United States District Judge

---

[2] Barbara Ann Edgerton filed a petition claiming ownership of the 339 Maple Creek Road property; however, she withdrew her petition and claim on October 11, 2007.  *See* **Withdrawal of Petition and Claim of Ownership, filed October 11, 2007.**