IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:05CR26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ANTHONY QUINN EDGERTON | ) | |

**THIS MATTER** is before the Court on Defendant's motion to extend time to file a motion to reduce sentence pursuant to the recent crack cocaine amendment to the Guidelines.

For good cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **ALLOWED**, and the time in which to file a motion to reduce sentence is extended to and including August 19, 2009.

Signed: July 28, 2009

Lacy H. Thornburg
United States District Judge